UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

KENNETH THOMAS,

          Plaintiff,

v.

KOS PHARMACEUTICALS, INC.

          Defendant.

Civil Action No. 07-5459 (PGS)

**ORDER**

This matter comes before the Court on Defendant's motion for summary judgment and for dismissal for failure to state a claim upon which relief may be granted, and on Plaintiff's motion for reconsideration of denial of an application for appointment of *pro bono* counsel. Upon consideration of the submissions and oral argument, for the reasons set forth in the record, and for good cause having been shown,

IT IS on this 4th day of September, 2008;

**ORDERED** that Defendant's motion for summary judgment as to Plaintiff's Title VII claims be and is hereby granted; it is further

**ORDERED** that Defendant's motion for summary judgment as to Plaintiff's New Jersey Law Against Discrimination claims be and is hereby granted; it is further

**ORDERED** that Defendant's motion to dismiss for failure to state a claim upon which relief may be granted as to Plaintiff's defamation of character claims and is hereby granted; it is further

**ORDERED** that Plaintiff's motion for reconsideration of the denial of his application for

appointment of pro bono counsel is denied; it is further

      **ORDERED** that Plaintiff's case is dismissed with prejudice.

September 4, 2008                                                   PETER G. SHERIDAN, U.S.D.J.